FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __05 - CV - 02305-oES__

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BENAD ABIODUN,

    Applicant,

v.

MAURER DOUGLAS, DHS, BICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Benad Abiodun has submitted a Motion to Request for a Counsel, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this \_\_15\_\_ day of \_\_November_____, 2005.

BY THE COURT:

*/s/ O. Edward Schlatter*
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02305**

Benad Abiodun
Prisoner No. G4066
Aurora/ I.C.E. Processing Center
11901 E. 30th Ave.
Aurora, CO 80010-1525

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on __11/15/05__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk