IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02305-OES

BENAD ABIODUN,

Applicant,

v.

MAURER DOUGLAS, DHS, BICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER DISCHARGING SHOW CAUSE ORDER
AND DRAWING CASE TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

On November 29, 2005, the court ordered Applicant to show cause why the instant habeas corpus action should not be denied for failure to exhaust state remedies. On December 16, 2005, Applicant filed his response to the show cause order. Applicant alleges in the response that he failed to raise his claims in the state courts because he was denied effective assistance of counsel on direct appeal. Accepting this allegation as true, the application will not be denied at this time for failure to exhaust state remedies. The order directing Applicant to show cause will be discharged. The case will be assigned to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that court's November 29, 2005, order directing Applicant to show cause is discharged. It is

FURTHER ORDERED that this case shall be assigned to Judge Walker D. Miller pursuant to D.C.COLO.LCivR 40.1C.1 and to Magistrate Judge Patricia A. Coan.

DATED at Denver, Colorado, this 21 day of December, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02305-OES

Benad Abiodun
Prisoner No. G4066
Aurora/ I.C.E. Processing Center
11901 E. 30th Ave.
Aurora, CO 80010-1525

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/21/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk