IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02305-WDM-PAC

BENAD ABIODUN,

    Applicant,

v.

DOUGLAS MAURER, DHS, BICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before February 6, 2006, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

DATED at Denver, Colorado, on January 5, 2006.

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

PDF FINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02305-WDM-PAC

Benad Abiodun
Reg. No. G4066
GEO/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

Douglas Maurer, District Director – CERTIFIED
Department of Homeland Security
Inspections and Customs Enforcement
4730 Paris Street
Denver, CO 80239

John Suthers, Attorney General
Office of the Attorney General
c/o Laurie Booras, Assistant Attorney General

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to The United States Attorney, Douglas Maurer, and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 11/15/05, AND CONSENT FORM on 1/10/06     .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk