IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02305-WDM-PAC

BENAD ABIODUN,

Applicant,

v.

DOUG MAURER,
DEPARTMENT OF HOMELAND SECURITY,
BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

---

ORDER FOR STATE RECORD

---

The court has reviewed the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 filed by Applicant Benad Abiodun and has issued an Order to Show Cause to Respondent Colorado Attorney General.

IT IS HEREBY **ORDERED** that the Clerk of the Jefferson County District Court, State of Colorado, shall file with the Clerk of the United States District Court, 901 19th St., Denver, CO 80294, **on or before August 15, 2006,** a copy of the pleadings, hearing and trial transcripts in:

The People of the State of Colorado v. Benad Abiodun
Criminal Action No. 01CR1784

It is **FURTHER ORDERED** that the Clerk of the United States District Court for the District of Colorado shall serve a copy of this Order for State Record on:

Jefferson County District Court – Civil Clerk
Jefferson County Court & Administrative Facility

100 Jefferson County Parkway
Golden, Colorado 80401

Dated July 11, 2006.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge