IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02305-WDM-PAC

BENAD ABIODUN,

        Applicant,

v.

DOUGLAS MAURER,
DEPARTMENT OF HOMELAND SECURITY,
BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
JOHN SUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Miller,  Judge

        Applicant has filed an Application for Certificate of Appealability which is now being treated

as a  notice of appeal from this court's final order denying his Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action.  I have

reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should

not be issued because Applicant has not made a substantial showing of the denial of a constitutional

right.  Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this <u>24th</u> day of April, 2007.

BY THE COURT:

s/ Walker D. Miller

_____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO