IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cv-02305-WDM-PAC

BENAD ABIODUN,

    Applicant,

v.

DOUGLAS MAURER,
DEPARTMENT OF HOMELAND SECURITY,
BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER DENYING MOTION

Applicant Benad Abiodun has filed *pro se* on June 19, 2007, a "Motion for Reconsideration" in which he asks the Court to reconsider the Court's June 13, 2007, order denying him leave to proceed *in forma pauperis* on appeal in this action. The Court denied Mr. Abiodun leave to proceed *in forma pauperis* on appeal because Mr. Abiodun failed to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis* on appeal. In the "Motion for Reconsideration," Mr. Abiodun contends that he is not subject to the filing fee requirements of the Prison Litigation Reform Act ("PLRA") because immigration detainees are not prisoners, that he has experienced difficulties in obtaining a certified copy of his inmate trust fund account statement, and that he lacks sufficient funds to pay the appellate filing fee.

The "Motion for Reconsideration" will be denied. The fact that Mr. Abiodun is not subject to the filing fee requirements of the PLRA because he is not a "prisoner" as that term is defined in the PLRA does not affect the requirement that he demonstrate his indigence with a properly certified trust fund account statement. Furthermore, Mr. Abiodun fails to demonstrate that he was unable to provide a certified copy of his inmate trust fund account statement and he fails to explain why he did not inform the Court when he sought leave to proceed *in forma pauperis* of the alleged difficulties he experienced in his efforts to obtain a certified copy of his trust fund account statement. Finally, Mr. Abiodun's alleged lack of sufficient funds to pay the appellate filing fee is not relevant to the Court's June 13 order because the Court denied leave to proceed *in forma pauperis* on appeal based on Mr. Abiodun's failure to submit a certified copy of his trust fund account statement. Accordingly, it is ordered that:

The "Motion for Reconsideration" filed on June 19, 2007, is denied.

DATED at Denver, Colorado, this 3rd day of July, 2007.

BY THE COURT:

WALKER D. MILLER
United States District Judge