
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 4 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-02305 WDM-PAC

BENAD ABIODUN,

    Applicant,

vs.

DOUGLAS MAURER, and
DEPARTMENT OF HOMELAND SECURITY,
BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 23rd day of March, 2010

BY THE COURT:

_____
Walker D. Miller,
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-02305 WDM-PAC

Jefferson County Court
Jefferson County Court & Administrative Facility
100 Jefferson County Pkwy
Golden, CO 80401

Benad Abiodun
P.O. Box 30677
Secrtariat Agodi
Ibadan Dyo State
Nigeria

Laurie A. Booras, Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Elizabeth Ann Weishaupl, U.S. Attorney's Office - Denver
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/24/10 .

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk